Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Debtors
James Arthur Thompson
Marylynne Ann Thompson

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>JAMES ARTHUR THOMPSON<br>MARYLYNNE ANN THOMPSON<br><br>Debtor.<br><br>SSN : XXX-XX-2767<br>SSN : XXX-XX-1620 | Case Number : 19-10058<br><br>Chapter 7<br><br>STATEMENT OF NO OPPOSITION RECEIVED<br><br>Date : April 27, 2020<br>Time : 2:30pm<br>Judge : Hon. Roger L. Efremsky<br>Court : 99 South E Street<br>Santa Rosa, California 95404 |

Debtors have received no opposition to the pending Motion for Contempt as to Creditor Mary Hess and Creditor's attorney Sarah Phillips.

Dated: April 24, 2020

*/s/ Thomas P. Kelly III*
Thomas P. Kelly III
Attorney at Law